[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 4, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14832
Non-Argument Calendar

_____

D. C. Docket No. 99-00204-CR-T-17-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK MERCER, JR.,
a.k.a. Cedrick,
a.k.a. Ced the Head,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 4, 2009)

Before DUBINA, Chief Judge, TJOFLAT and HILL, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Frank Mercer, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's reduction of Mercer's sentence, pursuant to 18 U.S.C. § 3582(c)(2), is **AFFIRMED**.